UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK GENE REED,<br><br>        Petitioner,<br><br>   v.<br><br>MATEVOUSIAN, Warden at USP Atwater,<br><br>        Respondent. | No. 1:15-cv-01019-SKO  HC<br><br>**ORDER DENYING PETITIONER'S MOTION TO FILE LATE TRAVERSE**<br><br>**(Doc. 20)** |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] On November 25, 2015, Respondent submitted a motion to dismiss in reply to the petition. Pursuant to the Court's order requiring Respondent to file a response and setting briefing schedule (the "response order"), Petitioner then had opportunity to file opposition or a statement of non-opposition within 21 days (on or before December 16, 2015). Doc. 5 at 3. Petitioner did not do so. As provided by the response order, the Court deemed the matter submitted 30 days after Respondent filed the motion to dismiss (December 28, 2015).

///

---

[1] Pursuant to 28 U.S.C. § 636(c)(1), both parties consented, in writing, to the jurisdiction of a United States Magistrate Judge to conduct all further proceedings in this case, including the entry of final judgment.

1

Petitioner asserts that he filed a motion for extension of time on or about December 24, 2015.  The Court's docket in this case does not reflect the filing of any extension of time for Petitioner to file a reply (traverse) prior to the motion now before the Court.  Even if Petitioner had filed a motion to extend time on or about December 24, 2015, the motion would have been untimely.  A court may only enlarge the time "on motion made after the time has expired if the party failed to act because of excusable neglect."  F.R.Civ.P. 6(b)(1)(B).  Petitioner does not allege excusable neglect.

Accordingly, Petitioner's motion for leave to file a late reply (traverse) is hereby DENIED.

IT IS SO ORDERED.

Dated:   **February 26, 2016**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE