UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK GENE REED,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANDRE MATEVOUSIAN, Warden at USP Atwater,<br><br>　　　　　Respondent. | No. 1:15-cv-01019-SKO  HC<br><br>**ORDER GRANTING PETITIONER'S MOTION TO REPLY TO RESPONDENT'S AMENDED MOTION TO DISMISS**<br><br>**(Doc. 25)** |

Petitioner Roderick Gene Reed, proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, moves for leave to reply to Respondent's Amended Motion to Dismiss (Doc. 24). In accordance with the provisions of the Order Requiring Respondent to File a Response (Doc. 5):

> If a Respondent files a motion to dismiss, Petitioner shall file an opposition or statement of non-opposition within **twenty-one (21) days** of the date that Respondent's motion is filed with the Court. If no opposition is filed, the motion to dismiss is deemed submitted at the expiration of thirty (30) days. Any reply to an opposition to the motion to dismiss shall be filed within **seven (7) days** after the opposition is served.

Doc. 5 at 3.

Accordingly, under the order, Petitioner was entitled to file an opposition or statement of non-opposition on or before July 8, 2016. Petitioner's having filed his motion to file opposition

on July 7, 2016, the Court will treat Petitioner's motion as a request for extension of time and grant Petitioner an additional thirty (30) days to file opposition to the amended motion to dismiss.

It is hereby ORDERED that Petitioner may file opposition to Respondent's amended motion to dismiss on or before August 19, 2016.  Respondent shall file any reply to the opposition to the motion within seven days after filing of the opposition.

IT IS SO ORDERED.

Dated:     **July 18, 2016**                             /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE